IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOEKETSI S. MOLAOLI,

              Plaintiff,         JUDGMENT IN A CIVIL CASE

v.                                     13-cv-540-bbc

PHYLISS REED, ALICIA BORTH and
DERIMER BRENT,

              Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

    /s/                                                  2/19/2014

Peter Oppeneer, Clerk of Court                Date